

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-13-00705-CR

Adam **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1053
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Patricia O. Alvarez, Justice

Appellant Adam Ayala has filed a pro se "Motion to Addendum to Briefs Set for Viewing on the 4th day of June 2014." Appellant has a court-appointed attorney who has filed a brief on his behalf. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). Therefore, appellant's pro se motion is DENIED.

PER CURIAM

ATTESTED TO: _____
            Keith E. Hottle
            Clerk of Court